UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE, | No.  2:25-cv-03182-SCR |
| Plaintiff, | |
| v. | ORDER AND |
| U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

By order filed December 3, 2025, the Court found plaintiff's complaint should be dismissed and granted plaintiff 30 days to file an amended complaint.  More than 30 days have passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE