UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE, | No. 2:25-cv-03182-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff filed objections to the January 20, 2026 Findings and Recommendations indicating that he had not received a copy of the court's screening order in this case that was issued on December 3, 2025. The court will re-serve the screening order and sua sponte grant plaintiff an extension of time to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall re-serve a copy of the December 3, 2025 screening order (ECF No. 6) on plaintiff.

2. Plaintiff is sua sponte granted an extension of time to file a first amended complaint.

3. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint.

/////

1

4. If plaintiff files an amended complaint within the time provided, the court will vacate the Findings and Recommendations issued on January 20, 2026 by subsequent order.

DATED: March 2, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE